# Exhibit "A"



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name: **LADY A'D PRODUCTIONS, INC.**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000545967 | **Formation Locale:** | TENNESSEE |
| **Filing Type:** | For-profit Corporation - Domestic 04/10/2007 2:57 PM | **Date Formed:** | 04/10/2007 |
| **Status:** | Active | **Fiscal Year Close** | 4 |
| **Duration Term:** | Perpetual | | |

**Registered Agent Address**
JULIE BOOS
STE 103
2300 CHARLOTTE AVE
NASHVILLE, TN  37203-1877

**Principal Address**
STE 103
2300 CHARLOTTE AVE
NASHVILLE, TN  37203-1877

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 09/28/2019 | 2019 Annual Report | B0761-8166 |
| 04/09/2018 | 2018 Annual Report | B0534-0777 |
| 04/04/2017 | 2017 Annual Report | B0376-5150 |
| 04/20/2016 | 2016 Annual Report | B0239-4572 |
| 03/08/2016 | Assumed Name Renewal | B0205-5926 |

Assumed Name Changed  From: Ragtop Productions  To: Ragtop Productions
Expiration Date Changed  From: 04/27/2016  To: 03/08/2021

| 04/06/2015 | 2015 Annual Report | B0083-6896 |
|---|---|---|
| 04/02/2014 | 2014 Annual Report | A0233-0810 |
| 04/01/2013 | 2013 Annual Report | A0171-3132 |
| 04/03/2012 | 2012 Annual Report | A0117-2281 |

Principal Address 2 Changed  From: SUITE 103  To: STE 103
Principal Postal Code Changed  From: 37203  To: 37203-1877
Principal County Changed  From: No value  To: DAVIDSON COUNTY

| 04/27/2011 | Assumed Name | 6885-1919 |
|---|---|---|

New Assumed Name Changed  From: No Value  To: Ragtop Productions

| 04/04/2011 | 2011 Annual Report | A0069-0288 |
|---|---|---|

# Filing Information

Name: **LADY A'D PRODUCTIONS, INC.**

| | | |
|---|---|---|
| 09/02/2010 | 2010 Annual Report | 6765-1584 |
| 07/22/2009 | 2009 Annual Report | 6574-0461 |
| Principal Address Changed | | |
| Registered Agent Physical Address Changed | | |
| 08/01/2008 | 2008 Annual Report | 6358-1628 |
| Mail Address Changed | | |
| 04/18/2007 | Administrative Amendment | 6039-0848 |
| Mail Address Changed | | |
| 04/10/2007 | Initial Filing | 6018-1483 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|
| Ragtop Productions | 05/03/2011 | 03/08/2021 |