# Exhibit "B"

Case 3:20-cv-00585   Document 1-2   Filed 07/08/20   Page 1 of 3 PageID #: 17



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **Lady A Entertainment LLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000639005 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 08/30/2010 3:56 PM | Date Formed: | 08/30/2010 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 3 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
JULIE BOOS
STE 103
2300 CHARLOTTE AVE
NASHVILLE, TN  37203-1877

**Principal Address**
STE 103
2300 CHARLOTTE AVE
NASHVILLE, TN  37203-1877

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 02/07/2020 | 2019 Annual Report | B0815-1029 |
| 02/08/2019 | 2018 Annual Report | B0652-0570 |
| 02/09/2018 | 2017 Annual Report | B0496-1267 |
| 03/28/2017 | 2016 Annual Report | B0372-1503 |
| 04/01/2016 | 2015 Annual Report | B0229-0960 |
| 04/07/2015 | 2014 Annual Report | B0083-7494 |
| 03/24/2014 | 2013 Annual Report | A0225-1323 |
| 04/01/2013 | 2012 Annual Report | A0171-3231 |
| 04/03/2012 | 2011 Annual Report | A0117-2276 |

Principal Address 1 Changed  From: 2300 CHARLOTTE AVENUE  To: 2300 CHARLOTTE AVE
Principal Address 2 Changed  From: SUITE 103  To: STE 103
Principal Postal Code Changed  From: 37203  To: 37203-1877
Principal County Changed  From: No value  To: DAVIDSON COUNTY

| | | |
|---|---|---|
| 04/04/2011 | 2010 Annual Report | A0069-0192 |

Member Count Changed  From: 1  To: 3

| | | |
|---|---|---|
| 08/30/2010 | Initial Filing | 6763-0705 |

## Filing Information

**Name:** Lady A Entertainment LLC

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|