# Exhibit "C"

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85042047
Filing Date: 05/18/2010

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85042047 |
| **MARK INFORMATION** | |
| *MARK | LADY A |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | LADY A |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Lady A'd Productions, Inc. |
| INTERNAL ADDRESS | Suite 103 |
| *STREET | 2300 Charlotte Avenue |
| *CITY | Nashville |
| *STATE (Required for U.S. applicants) | Tennessee |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 37203 |
| PHONE | (615) 259-1450 |
| FAX | (615) 259-1470 |
| EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Tennessee |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Series of musical sound recordings; pre-recorded compact discs and DVD's; digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; downloadable musical sound recordings; downloadable video recordings featuring musical entertainment; musical video recordings; video recordings featuring musical entertainment |

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| ***IDENTIFICATION** | Entertainment services in the nature of live performances, live music concerts, and personal appearances all by a musical group; entertainment services in the nature of audio and visual performances by a musical group; audio and video recording services; entertainment, namely, production of live theatrical shows, live musical shows, concerts, and videos; entertainment services, namely, providing a Web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; entertainment services, namely broadcasting an ongoing series in the field of music |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Edward Playfair |
| **ATTORNEY DOCKET NUMBER** | 014977-000004 |
| **FIRM NAME** | Adams and Reese LLP |
| **INTERNAL ADDRESS** | Suite 2800 |
| **STREET** | 424 Church Street |
| **CITY** | Nashville |
| **STATE** | Tennessee |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 37219 |
| **PHONE** | (615) 259-1450 |
| **FAX** | (615) 259-1470 |
| **EMAIL ADDRESS** | trademarks@arlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Reber M. Boult, Haverly Rauen MacArthur |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Edward Playfair |
| **FIRM NAME** | Adams and Reese LLP |
| **INTERNAL ADDRESS** | Suite 2800 |
| **STREET** | 424 Church Street |
| **CITY** | Nashville |
| **STATE** | Tennessee |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 37219 |
| **PHONE** | (615) 259-1450 |
| **FAX** | (615) 259-1470 |
| **EMAIL ADDRESS** | trademarks@arlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

| FEE INFORMATION | |
|---|---|
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 650 |
| *TOTAL FEE PAID | 650 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Edward Playfair/ |
| SIGNATORY'S NAME | Edward Playfair |
| SIGNATORY'S POSITION | Attorney of record, Tennessee bar member. |
| DATE SIGNED | 05/18/2010 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85042047**
**Filing Date: 05/18/2010**

## To the Commissioner for Trademarks:

**MARK:** LADY A (Standard Characters, see mark)
The literal element of the mark consists of LADY A.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Lady A'd Productions, Inc., a corporation of Tennessee, having an address of
   Suite 103,
   2300 Charlotte Avenue
   Nashville, Tennessee 37203
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 009:  Series of musical sound recordings; pre-recorded compact discs and DVD's; digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; downloadable musical sound recordings; downloadable video recordings featuring musical entertainment; musical video recordings; video recordings featuring musical entertainment
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 041:  Entertainment services in the nature of live performances, live music concerts, and personal appearances all by a musical group; entertainment services in the nature of audio and visual performances by a musical group; audio and video recording services; entertainment, namely, production of live theatrical shows, live musical shows, concerts, and videos; entertainment services, namely, providing a Web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; entertainment services, namely broadcasting an ongoing series in the field of music
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant's current Attorney Information:
Edward Playfair and Reber M. Boult, Haverly Rauen MacArthur of Adams and Reese LLP

   Suite 2800
   424 Church Street
   Nashville, Tennessee 37219
   United States
The attorney docket/reference number is 014977-000004.
The applicant's current Correspondence Information:
   Edward Playfair
   Adams and Reese LLP
   Suite 2800
   424 Church Street
   Nashville, Tennessee 37219
   (615) 259-1450(phone)
   (615) 259-1470(fax)
   trademarks@arlaw.com (authorized)

A fee payment in the amount of $650 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Edward Playfair/   Date Signed: 05/18/2010
Signatory's Name: Edward Playfair
Signatory's Position: Attorney of record, Tennessee bar member.


RAM Sale Number: 16948
RAM Accounting Date: 05/19/2010

Serial Number: 85042047
Internet Transmission Date: Tue May 18 20:55:01 EDT 2010
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XX-2010051820550186
5543-85042047-4605aa65387d2c2b5cf4babb4b
f4433e-DA-16948-20100518203910534930

# LADY A