# Exhibit "D"

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Lady A'D Productions, Inc. | | 08/30/2010 | CORPORATION: TENNESSEE |

RECEIVING PARTY DATA

| Name: | Lady A Entertainment LLC |
|---|---|
| Street Address: | 2300 Charlotte Avenue |
| Internal Address: | Suite 103 |
| City: | Nashville |
| State/Country: | TENNESSEE |
| Postal Code: | 37203 |
| Entity Type: | LIMITED LIABILITY COMPANY: TENNESSEE |

PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 85042047 | LADY A |

CORRESPONDENCE DATA

Fax Number: (615)259-1470
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: (615) 259-1450
Email: edward.playfair@arlaw.com
Correspondent Name: Edward Playfair
Address Line 1: 424 Church Street
Address Line 2: Suite 2800
Address Line 4: Nashville, TENNESSEE 37219

| ATTORNEY DOCKET NUMBER: | 014977-000004 |
|---|---|
| NAME OF SUBMITTER: | Edward Playfair |
| Signature: | /Edward Playfair/ |

| Date: | 10/27/2010 |

Total Attachments: 1
source=Trademark assignment - LADY A, US app. no. 85042047#page1.tif

# TRADEMARK ASSIGNMENT

This **TRADEMARK ASSIGNMENT** is entered into as of August 30, 2010, by and between Lady A'D Productions, Inc., a Tennessee corporation ("Assignor"), and Lady A Entertainment LLC, a Tennessee limited liability company (the "Assignee");

**WHEREAS**, Assignor owns **LADY A**, United States trademark application no. 85/042047 and the goodwill attaching thereto (the "Mark");

**WHEREAS**, Assignee is a successor to the line of goods and services and related business of the Assignor to which the Mark pertains, and that line of goods and services and related business is ongoing and existing;

**WHEREAS**, Assignee is desirous of acquiring any and all rights that Assignor has in and to the Mark and the application therefor;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby assign unto Assignee all right, title and interest in and to the Mark and United States trademark application no. 85/042047, throughout the world, together with the goodwill of the line of goods and services and related business which is symbolized by the Mark, and along with any right to recover for damages and profits for past infringements thereof.

Lady A'D Productions, Inc.

By: David W. Haywood

Title: President

RECORDED: 10/27/2010

TRADEMARK
REEL: 004305 FRAME: 0362