# Exhibit "E"



# LADY A

**Reg. No. 4,004,006**
**Registered July 26, 2011**
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LADY A ENTERTAINMENT LLC (TENNESSEE LIMITED LIABILITY COMPANY)
SUITE 103
2300 CHARLOTTE AVENUE
NASHVILLE, TN 37203

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF LIVE PERFORMANCES, LIVE MUSIC CONCERTS, AND PERSONAL APPEARANCES ALL BY A MUSICAL GROUP; ENTERTAINMENT SERVICES IN THE NATURE OF AUDIO AND VISUAL PERFORMANCES BY A MUSICAL GROUP; AUDIO AND VIDEO RECORDING SERVICES; ENTERTAINMENT, NAMELY, PRODUCTION OF LIVE THEATRICAL SHOWS, LIVE MUSICAL SHOWS, CONCERTS, AND VIDEOS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS IN THE FIELD OF MUSICAL ENTERTAINMENT; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ONGOING SERIES OF PROGRAMS VIA THE INTERNET IN THE FIELD OF MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2006; IN COMMERCE 4-14-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,359,425 AND 3,542,808.

SN 85-975,356, FILED 5-18-2010.

KEVIN CORWIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office