# Exhibit "G"

# United States of America
## United States Patent and Trademark Office

# LADY A

**Reg. No. 4,292,685**
**Registered Feb. 19, 2013**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

LADY A ENTERTAINMENT LLC (TENNESSEE LIMITED LIABILITY COMPANY)
SUITE 103
2300 CHARLOTTE AVENUE
NASHVILLE, TN 37203

FOR: SERIES OF MUSICAL SOUND RECORDINGS; PRE-RECORDED COMPACT DISCS AND DVDS FEATURING MUSICAL ENTERTAINMENT; DIGITAL MEDIA, NAMELY, DOWNLOADABLE AUDIO FILES AND DOWNLOADABLE AUDIO AND VIDEO RECORDINGS FEATURING MUSICAL ENTERTAINMENT; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE VIDEO RECORDINGS FEATURING MUSICAL ENTERTAINMENT; MUSICAL VIDEO RECORDINGS; VIDEO RECORDINGS FEATURING MUSICAL ENTERTAINMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2006; IN COMMERCE 10-22-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,359,425 AND 3,542,808.

SN 85-042,047, FILED 5-18-2010.

KEVIN CORWIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office