# Exhibit "I"

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85089816
Filing Date: 07/21/2010

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85089816 |
| **MARK INFORMATION** | |
| *MARK | LADY A |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | LADY A |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Lady A'd Productions, Inc. |
| INTERNAL ADDRESS | Suite 103 |
| *STREET | 2300 Charlotte Avenue |
| *CITY | Nashville |
| *STATE (Required for U.S. applicants) | Tennessee |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 37203 |
| PHONE | (615) 259-1450 |
| FAX | (615) 259-1470 |
| EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Tennessee |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Clothing, namely, T-shirts |
| FILING BASIS | SECTION 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 02/00/2010 |
|     FIRST USE IN COMMERCE DATE | At least as early as 02/00/2010 |
|     SPECIMEN FILE NAME(S) | |

| ORIGINAL PDF FILE | spec-2091496098-164734228_._LADY_A_-_specimen_of_use_-_class_25.pdf |
|---|---|
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT11\IMAGEOUT11\850\898\85089816\xml1\APP0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\850\898\85089816\xml1\APP0004.JPG |
| SPECIMEN DESCRIPTION | screen shot of point of purchase display, incorporating digital photographed product |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | Edward Playfair |
| ATTORNEY DOCKET NUMBER | 014977-000004 |
| FIRM NAME | Adams and Reese LLP |
| INTERNAL ADDRESS | Suite 2800 |
| STREET | 424 Church Street |
| CITY | Nashville |
| STATE | Tennessee |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 37219 |
| PHONE | (615) 259-1450 |
| FAX | (615) 259-1470 |
| EMAIL ADDRESS | trademarks@arlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Reber M. Boult, Haverly Rauen MacArthur |

| CORRESPONDENCE INFORMATION | |
|---|---|
| NAME | Edward Playfair |
| FIRM NAME | Adams and Reese LLP |
| INTERNAL ADDRESS | Suite 2800 |
| STREET | 424 Church Street |
| CITY | Nashville |
| STATE | Tennessee |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 37219 |
| PHONE | (615) 259-1450 |
| FAX | (615) 259-1470 |
| EMAIL ADDRESS | trademarks@arlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| FEE INFORMATION | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |

| | |
|---|---|
| **\*TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Edward Playfair/ |
| **SIGNATORY'S NAME** | Edward Playfair |
| **SIGNATORY'S POSITION** | Attorney of record, Tennessee bar member. |
| **DATE SIGNED** | 07/21/2010 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85089816
Filing Date: 07/21/2010

## To the Commissioner for Trademarks:

**MARK:** LADY A (Standard Characters, see mark)
The literal element of the mark consists of LADY A.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Lady A'd Productions, Inc., a corporation of Tennessee, having an address of
   Suite 103,
   2300 Charlotte Avenue
   Nashville, Tennessee 37203
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 025: Clothing, namely, T-shirts

In International Class 025, the mark was first used at least as early as 02/00/2010, and first used in commerce at least as early as 02/00/2010, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) screen shot of point of purchase display, incorporating digital photographed product.

**Original PDF file:**
spec-2091496098-164734228_._LADY_A_-_specimen_of_use_-_class_25.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The applicant's current Attorney Information:
Edward Playfair and Reber M. Boult, Haverly Rauen MacArthur of Adams and Reese LLP

   Suite 2800
   424 Church Street
   Nashville, Tennessee 37219
   United States
The attorney docket/reference number is 014977-000004.
The applicant's current Correspondence Information:
   Edward Playfair
   Adams and Reese LLP
   Suite 2800
   424 Church Street
   Nashville, Tennessee 37219
   (615) 259-1450(phone)
   (615) 259-1470(fax)
   trademarks@arlaw.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under

18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Edward Playfair/   Date Signed: 07/21/2010
Signatory's Name: Edward Playfair
Signatory's Position: Attorney of record, Tennessee bar member.


RAM Sale Number: 3321
RAM Accounting Date: 07/22/2010

Serial Number: 85089816
Internet Transmission Date: Wed Jul 21 16:56:54 EDT 2010
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XX-2010072116565439
5436-85089816-470fcb4547caa346bdf0b6c836
9fa2853d-DA-3321-20100721164734228679

# LADY A



Case 3:20-cv-00585   Document 1-9   Filed 07/08/20   Page 8 of 9 PageID #: 46

