# Exhibit "J"

# United States of America
## United States Patent and Trademark Office

# LADY A

**Reg. No. 4,030,752**
**Registered Sep. 27, 2011**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LADY A ENTERTAINMENT LLC (TENNESSEE LIMITED LIABILITY COMPANY)
2300 CHARLOTTE AVENUE
SUITE 103
NASHVILLE, TN 37203

FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2010; IN COMMERCE 2-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-089,816, FILED 7-21-2010.

KEVIN CORWIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office