# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HILLARY SCOTT, CHARLES KELLEY, DAVID HAYWOOD, AND LADY A ENTERTAINMENT LLC,<br><br>  Plaintiffs / Counterclaim-Defendants<br>v.<br><br>ANITA WHITE,<br><br>  Defendant / Counterclaim-Plaintiff. | No. 3:20-cv-00585<br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Barbara D. Holmes |

**JOINT MOTION FOR ENTRY OF STIPULATED ESI PROTOCOL**

Plaintiffs and Counterclaim-Defendants ("Plaintiffs") and Defendant and Counter-Claim Plaintiff ("Defendant") (collectively, "Parties" and each a "Party"), by their respective counsel in this action, jointly move the Court for an order entering an ESI protocol governing discovery in this action. The parties' agreed-upon and proposed ESI protocol is attached hereto and lodged concurrently with this joint motion in the form of an order entering the same.

DATED: September 22, 2021

| | |
|---|---|
| **GREENBERG TAURIG LLP**<br><br>By: */s/ Mary-Olga Lovett*<br>Mary-Olga Lovett (*Pro Hac Vice*)<br>Aimee Housinger (*Pro Hac Vice*)<br><br>1000 Louisiana Street, Suite 1700<br>Houston, Texas 77002<br>Telephone: 713.374.3570<br>lovettm@gtlaw.com<br>housingera@gtlaw.com<br><br>**NEAL & HARWELL, PLC** | **COOLEY LLP**<br><br>By: */s/ Judd Lauter*<br>Brendan J. Hughes (*Pro Hac Vice*)<br>Jane van Benten (*Pro Hac Vice*)<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, D.C. 20004-2446<br>Tel.: (202) 842-7800<br>Fax: (202) 842-7899<br>Email: bhughes@cooley.com<br>jvanbenten@cooley.com<br><br>Joseph M. Drayton (*Pro Hac Vice*)<br>1114 Avenue of the Americas |

William T. Ramsey (TN BPR #9245)
Mozianio S. Reliford III (BPR #36170)

1201 Demonbreun St., Suite 1000
Nashville, TN 37203
(615) 244-1713
wtr@nealharwell.com
treliford@nealharwell.com

*Attorneys for Plaintiffs and Counterclaim Defendants Hillary Scott,
Charles Kelley, David Haywood, and,
Lady A Entertainment LLC*

New York, NY 10036
Tel.: (212) 479-6000
Fax: (212) 479-6275
jdrayton@cooley.com

Judd D. Lauter (*Pro Hac Vice*)
3175 Hanover Street
Palo Alto, CA 94304
Tel.: (650) 843-5960
Fax: (650) 843-7400
Email: jlauter@cooley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**

Junaid Odubeko (BPR No. 23809)
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: 615.252.4635
Facsimile: 615.248.3035
Email: jodubeko@bradley.com

*Counsel for Defendant and Counterclaim Plaintiff Anita White*

2

Case 3:20-cv-00585   Document 92   Filed 09/22/21   Page 2 of 3 PageID #: 946

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing Joint Motion for Entry of Stipulated ESI Protocol with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system:

**GREENBERG TRAURIG**

Mary-Olga Lovett
Aimee Housinger

1000 Louisiana Street, Suite 1700
Houston, Texas 77002
lovettm@gtlaw.com
housingera@gtlaw.com
Deanm@gtlaw.com
Greentif@gtlaw.com
rothc@gtlaw.com

**NEAL & HARWELL, PLC**

William T. Ramsey
Mozianio S. Reliford III

1201 Demonbreun St., Suite 1000
Nashville, TN 37203
wtr@nealharwell.com
treliford@nealharwell.com
birwin@nealharwell.com
mbyerly@nealharwell.com

/s/ *Judd D. Lauter*
Judd D. Lauter