UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HILLARY SCOTT; CHARLES KELLEY; DAVID HAYWOOD; AND LADY A ENTERTAINMENT LLC, <br><br> PLAINTIFFS AND COUNTERCALIM-DEFENDANTS, <br><br> VS <br><br> ANITA WHITE, <br><br> DEFENDANT AND COUNTERCLAIM-PLAINTIFF. | Case No. 3:20-cv-0585 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

## JOINT MOTION TO DISMISS BY ALL PARTIES

Plaintiffs and Counterclaim-Defendants Hillary Scott, Charles Kelley, David Haywood, and Lady A Entertainment LLC (collectively, the "Band") and Defendant and Counterclaim-Plaintiff Anita White ("White") hereby file this joint motion to dismiss the litigation captioned above.

The Band dismiss all claims in this action against White with prejudice. White dismisses with prejudice all counterclaims against the Band in this action.

Each party shall bear its own costs, expenses, and attorney's fees.

| | |
|---|---|
| Dated: January 31, 2022 | Dated: January 31, 2022 |

| | |
|---|---|
| **GREENBERG TRAURIG LLP** | **COOLEY LLP** |
| By: /s/ *Mary-Olga Lovett* <br> Mary-Olga Lovett *(Pro Hac Vice)* <br> Aimee Housinger *(Pro Hac Vice)* <br> 1000 Louisiana Street, Suite 1700 <br> Houston, Texas 77002 <br> Tel: (713) 374-3570 <br> Email: lovettm@gtlaw.com <br> housingera@gtlaw.com | By: /s/ *Brendan J. Hughes* <br> Brendan J. Hughes *(Pro Hac Vice)* <br> Jane van Benten *(Pro Hac Vice)* <br> 1299 Pennsylvania Avenue NW, Suite 700 <br> Washington, D.C. 20004-2446 <br> Tel.: (202) 842-7800 <br> Fax: (202) 842-7899 <br> Email: bhughes@cooley.com <br> jvanbenten@cooley.com |
| **NEAL & HARWELL, PLC** <br><br> William T. Ramsey (TN BPR #9245) <br> Mozianio S. Reliford III (BPR #36170) <br> 1201 Demonbreun St., Suite 1000 <br> Nashville, TN 37203 <br> Tel: (615) 244-1713 <br> Email: wtr@nealharwell.com <br> treliford@nealharwell.com <br><br> *Attorneys for Plaintiffs and Counterclaim-Defendants Hillary Scott, Charles Kelley, David Haywood, and, Lady A Entertainment LLC* | Joseph M. Drayton *(Pro Hac Vice)* <br> Judd D. Lauter *(Pro Hac Vice)* <br> 55 Hudson Yards <br> New York, NY 10001 <br> Tel.: (212) 479-6000 <br> Fax: (212) 479-6275 <br> jdrayton@cooley.com <br><br> **BRADLEY ARANT BOULT CUMMINGS LLP** <br><br> Junaid Odubeko (BPR No. 23809) <br> 1600 Division Street, Suite 700 <br> Nashville, TN 37203 <br> Tel: (615) 252-4635 <br> Fax: (615) 248-3035 <br> Email: jodubeko@bradley.com <br><br> *Counsel for Defendant and Counterclaim-Plaintiff Anita White* |

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF filing system, which transmits notice of filing to all registered CM/ECF users and counsel of record.

**GREENBERG TRAURIG LLP**

Mary-Olga Lovett
Aimee Housinger
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: 713.374.3570
lovettm@gtlaw.com
housingera@gtlaw.com

**NEAL & HARWELL, PLC**

William T. Ramsey (TN BPR #9245)
Mozianio S. Reliford III (BPR #36170)
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
(615) 244-1713
wtr@nealharwell.com
treliford@nealharwell.com

/s/ *Brendan J. Hughes*
Brendan J. Hughes